UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M SCIENCE LLC and M SCIENCE HONG KONG LIMITED, | ) Case No. _____ ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| STEPHEN A. LUBAN and YIPIT, LLC d/b/a YIPITDATA, | ) ) ) |
| *Defendants*. | ) |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for M Science LLC and M Science Hong Kong Limited (both private, non-governmental parties) certifies that M Science LLC owns more than 10% of M Science Hong Kong Limited and Jefferies Financial Group, Inc. owns more than 10% of M Science LLC.   Jefferies Financial Group, Inc. is public company whose common stock is publicly traded and is owned by various individuals and entities.

Dated: January 21, 2025

**BUCHANAN INGERSOLL & ROONEY PC**

By: ___/s/ *Stephen W. Kelkenberg*___

Stephen W. Kelkenberg
(NY Reg. No. 4096269)
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219-4413
Telephone: (716) 725-4349
Facsimile: (412) 562-1041
stephen.kelkenberg@bipc.com

Andrew J. Shapren (*pro hac vice forthcoming*)
50 South 16th Street, Suite 3200
Philadelphia, Pennsylvania  19102
Telephone: (215) 665-3853
Facsimile: (215) 919-6676
andrew.shapren@bipc.com

*Attorneys for Plaintiffs*