UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M SCIENCE LLC and M SCIENCE HONG KONG LIMITED,

                Plaintiff (s),

                - v -

STEPHEN A. LUBAN and YIPIT, LLC d/b/a YIPITDATA,

                Defendant(s)

Case No. 25-cv-00621

**MOTION FOR GERALD E. BURNS ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Stephen W. Kelkenberg hereby moves this Court for an Order for **Gerald E. Burns** to be admitted to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action.

Gerald E. Burns is an attorney in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against him in any state or federal court. He has never been convicted of a felony. He has never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached his affidavit as Exhibit A.

                Respectfully submitted,

                **BUCHANAN INGERSOLL & ROONEY PC**

                _____
                Stephen W. Kelkenberg, Esq.
                Buchanan Ingersoll & Rooney PC
                501 Grant St., Suite 200
                Pittsburgh, PA  15219
                Email:  Stephen.kelbenberg@bipc.com
                Tel: 412-562-8800
                Fax: 412-562-1041

Dated:  February 18, 2025

                *Counsel for M Science, LLC and*
                *M Science Hong Kong Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

M SCIENCE LLC and M SCIENCE HONG KONG LIMITED,

                Plaintiff (s),

- v -

STEPHEN A. LUBAN and YIPIT, LLC d/b/a YIPITDATA,

                Defendant(s)

Case No. 25-cv-00621

**AFFIDAVIT OF GERALD E. BURNS FOR PRO HAC VICE ADMISSION**

---

I, GERALD E. BURNS, declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the below statements are true and correct:

1. There are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

                                                                                       Gerald E. Burns

Dated: February 18, 2025

Signed and sworn before me this 18th day of February, 2025, in County of Philadelphia, Pennsylvania.

Gale DeRubeis, Notary Public

> Commonwealth of Pennsylvania - Notary Seal
> Gale A. DeRubeis, Notary Public
> Delaware County
> My Commission Expires November 23, 2027
> Commission Number 1036469

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

M SCIENCE LLC and M SCIENCE HONG KONG LIMITED,

              Plaintiff (s),

- v -

STEPHEN A. LUBAN and YIPIT, LLC d/b/a YIPITDATA,

              Defendant(s)

Case No. 25-cv-00621

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Gerald E. Burns, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for M Science LLC and M Science Hong Kong Limited in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and my Certificate of Good Standing.

*/s/ Gerald E. Burns*

Gerald E. Burns
Buchanan Ingersoll & Rooney PC
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
gerald.burns@bipc.com

Dated: February 18, 2025



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Gerald Edward Burns III, Esq.*

DATE OF ADMISSION

*December 10, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 31, 2025

*Darian Holland*

Darian Holland
Chief Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

M SCIENCE LLC and M SCIENCE HONG
KONG LIMITED,

                Plaintiff (s),

- v -

STEPHEN A. LUBAN and YIPIT, LLC
d/b/a YIPITDATA,

                Defendant(s)

Case No. 25-cv-00621

**ORDER FOR ADMISSION OF**
**GERALD E. BURNS**
**PRO HAC VICE**

---

The motion of Gerald E. Burns, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania, and that his contact information is as follows:

        Gerald E. Burns
        Buchanan Ingersoll & Rooney PC
        50 S. 16th Street, Suite 3200
        Philadelphia, PA  19102
        Telephone: (215) 665-8700
        Facsimile: (215) 665-8760
        gerald.burns@bipc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for M Science, LLC and M Science Hong Kong Limited in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                      United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

M SCIENCE LLC and M SCIENCE HONG KONG LIMITED,

                Plaintiff (s),

Case No. 25-cv-00621

- v -

**CERTIFICATE OF SERVICE**

STEPHEN A. LUBAN and YIPIT, LLC d/b/a YIPITDATA,

                Defendant(s)

---

I hereby certify that on this 18th day of February, 2025 I caused to be electronically filed the foregoing documents with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

                                          /s/ Gerald E. Burns
                                             Gerald E. Burns

Dated: February 18, 2025