# Buchanan

**Andrew J. Shapren**
215 665 3853
Andrew.Shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
T 215 665 8700
F 215 665 8760

October 20, 2025

**VIA CM/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     Re:    **M Science, LLC et al. v. Luban et al.; 1:25-cv-00621 (ER)(VF)**

Dear Judge Ramos:

We represent M Science LLC and M Science Hong Kong Ltd. ("Plaintiffs") in the above-referenced action.

We write, pursuant to Your Honor's Individual Rule I.A., to advise Your Honor that the Parties have reached a settlement in principle. There are two motions to dismiss Plaintiffs' First Amended Complaint filed by defendants Stephen Luban and Yipit, LLC that are *sub judice*. ECF Nos. 56-58 and 59-61 (the "Motions"). Plaintiffs respectfully request that the Court hold the Motions in abeyance to allow the Parties to finalize the terms of the settlement. Defendants consent to this request.

Respectfully yours,

Andrew J. Shapren